# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Rodney Burton aka<br>"Bitcoin Rodney"<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:23-mj-03185-CDA<br>)<br>)<br>)<br>) |

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

2:21 pm, Jan 08 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 2020 to January 2022  in the county of  Anne Arundel  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1960 | Operation of an unlicensed money transmitting business |
| 18 U.S.C. § 371 | Conspiracy to operate an unlicensed money transmitting business |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Andrew Accardi, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Accardi, IRS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 29, 2023

*Judge's signature*

City and state:  Baltimore, Maryland   Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*