☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

2:22 pm, Jan 08 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| RODNEY BURTON aka "BITCOIN RODNEY" | * | CRIMINAL NO. 1:23-mj-03185-CDA |
| Defendant | * | |

*******

## MOTION TO SEAL

Now comes the United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Spencer L. Todd, Assistant United States Attorney for said District, and respectfully moves this Court to order that this Criminal Complaint, Arrest Warrant, and related documents be **SEALED** as the defendant is unaware of the investigation.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Spencer Todd
Assistant United States Attorney

ORDERED as prayed this 29th day of December, 2023.

_____
Charles D. Austin
United States Magistrate Judge