AO 442 (Rev. 11/11) Arrest Warrant

AR
USDC- BALTIMORE
24 JAN 26 ᴬᴹ 11:42

# UNITED STATES DISTRICT COURT
for the

District of Maryland

☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

**2:22 pm, Jan 08 2024**
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

United States of America
v.
Rodney Burton aka
"Bitcoin Rodney"

)
)
)
)
)
)

Case No.   1:23-mj-03185-CDA

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Rodney Burton                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1960 (Operating unlicensed money transmitting business) and 18 U.S.C. § 371 (Conspiracy to operate unlicensed money transmitting business)

Date: December 29, 2023

*Issuing officer's signature*

City and state:    Baltimore, Maryland

Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/25/2 , and the person was arrested on *(date)* _____ |

at *(city and state)* _____.

☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

Date: _____

**10:15 am, Jan 29 2024**
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

*Arresting officer's signature*

*Printed name and title*