☑ FILED      ___ ENTERED
___ LOGGED   ___ RECEIVED

10:18 am, Jan 29 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY BURTON a/k/a "BITCOIN RODNEY,"<br><br>Defendant. | CASE NO.  23-MJ-03185-CDA |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America moves this Honorable Court to order and direct that the above-captioned case be **UNSEALED**.  In support of this motion, the government states that on December 29, 2023, this Court issued a criminal complaint under seal charging the defendant with violations of 18 U.S.C. § 1960 (Operation of an Unlicensed Money Transmitting Business) and 18 U.S.C. § 371 (Conspiracy).  The defendant is now in custody and the Complaint and case may therefore be unsealed.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Spencer L. Todd
Assistant United States Attorney