☑ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

10:18 am, Jan 29 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____Deputy

UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-MJ-03185-CDA |
| v. | |
| RODNEY BURTON a/k/a "BITCOIN RODNEY," | |
| Defendant. | |

**ORDER TO UNSEAL THE INDICTMENT**

For good cause shown upon motion of the United States of America, it is this __26th__ day of January 2024, by the United States District Court for the District of Maryland, hereby ORDERED that the above-captioned case be **UNSEALED**.

_____
Honorable Charles D. Austin
United States Magistrate Judge